UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy Case |
| ANTHONY WILBERT GASKINS, | ) | No. 15-32387-KLP |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION TO EXTEND
TIME TO OBJECT TO DISCHARGE**

Bruce H. Matson, Trustee, pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure moves the Court for an extension of time through and including October 16, 2015, in which he may file a complaint pursuant to 11 U.S.C. § 727 to object to the discharge of the Debtor herein.  In support of this motion, the Trustee states as follows:

1.   The Debtor(s) filed this instant case pursuant to Chapter 7 of the Bankruptcy Code on May 7, 2015.

2.   The Trustee was appointed interim Trustee in the case and continues to serve in that capacity.

3.   This is a core proceeding over which this Court has jurisdiction under 28 U.S.C. §§ 157(b)(2)(A), (O), and 1334.  Venue is proper pursuant to 28 U.S.C. § 1409.

4.   The first meeting of creditors was held on June 16, 2015.

5.   During the course of the examination, it became apparent to the Trustee that he needed additional information from the Debtor which, was unavailable at the time of the

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
(804) 783-2003

Trustee

examination.    The Trustee continued the hearing date until August 24, 2015 to obtain the additional information.

6.    The Trustee has not had sufficient time to examine the Debtors concerning the additional information, which may demonstrate that cause exists to object to the Debtor's discharge.

7.    The scheduled date for the deadline to file Objections to Discharge pursuant to 11 U.S.C. §727 is August 17, 2015.

8.    The Trustee needs additional time to determine whether to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727.    Accordingly, pursuant to Rule 4004(b) the Trustee requests an extension of time to determine whether to file such a complaint.

WHEREFORE, the Trustee requests the Court to enter an order extending the deadline through and including October 16, 2015, in which the Trustee may file a complaint pursuant to 11 U.S.C. § 727, and for such other relief as is just and proper.

/s/ Bruce H. Matson, Trustee

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
(804) 783-2003

Trustee

16236792-1                                         2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of June 2015, a true copy of the foregoing Trustee's Motion to Extend Time to Object to Discharge was sent electronically or by first class mail to:

Robert Van Arsdale
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, Virginia 23219
      Assistant U.S. Trustee

Richard James Oulton
Sean Contreras
American Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
      Counsel for the Debtor

/s/ Bruce H. Matson
Trustee