UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy Case |
| ANTHONY WILBERT GASKINS, | ) | No. 15-32387-KLP |
| | ) | |
| Debtor. | ) | |

**ORDER EXTENDING THE TIME TO FILE A
COMPLAINT OBJECTING TO THE DEBTORS' DISCHARGE**

This matter comes before the Court on the Motion Pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure for an order extending to October 16, 2015, the time in which the Trustee, Bruce H. Matson, may file a complaint pursuant to 11 U.S.C. § 727 to object to the discharge of the Debtor herein.  It appearing that no objection was made timely to the requested extension, it is hereby:

ORDERED that the Trustee's Motion Pursuant to Rule 4004(b) is hereby granted; and it is further

ORDERED that the Trustee, Bruce H. Matson, has until October 16, 2015, to file a complaint pursuant to 11 U.S.C. § 727 objecting to the discharge of the Debtor.

The Clerk is directed to send copies of this Order upon entry to the undersigned counsel.

---
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
 (804) 783-2003

    Trustee

Entered this ___ day of _____, 20__.    Jun 19 2015

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE

I ask for this:

Entered on Docket: Jun 22 2015

/s/ Bruce H. Matson
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
(804) 783-2003

    Trustee

Seen and no objection:

/s/ Sean Contreras
Sean Contreras (Va. Bar No. 42677)
American Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834

    Counsel to the Debtor(s)

<u>Local Rule 9022-1 (C) Certificate</u>

 Pursuant to Local Rule 9022-1 (C), I hereby certify that the foregoing Order has been endorsed by or served upon all necessary parties.

          /s/ Bruce H. Matson
          Bruce H. Matson, Trustee

      <u>Service List</u>

Robert Van Arsdale
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, Virginia 23219
 Assistant U.S. Trustee

Richard James Oulton
Sean Contreras
American Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
 Counsel for the Debtor(s)

16236832-1         3